## 62909. McCLINDON v. WRIGHT.

BANKE, Judge.

This is an appeal by the tenant from a judgment for the landlord in a dispossessory action. *Held:*

1. Any technical defect which may have existed in the landlord's affidavit in support of the summons was amendable and was waived by failure to object prior to trial. Cf. *Crump v. Jordan,* 154 Ga. App. 503 (268 SE2d 787) (1980).

2. The remaining enumerations of error allege evidentiary deficiencies. "It is well settled that, absent a transcript, we are bound to assume that the trial judge's findings are supported by competent evidence." *Littlejohn v. J. A. Cavaness Steel Erectors, Inc.,* 149 Ga. App. 676 (257 SE2d 47) (1979).

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED NOVEMBER 10, 1981.

*Leroy Baldwin,* for appellant.
*Larry E. Blount,* for appellees.